UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-11697

WILLIAM HELMER,

    Plaintiff,

-v-

BRIAN GUEST, ET.AL,

    Defendant(s).
_____/

## ORDER GRANTING EXTENSION OF TIME TO FILE APPEAL

Plaintiff having filed a Motion for Extension Time to Appeal Magistrate Judge's Denial of Plaintiff's Motion to Amend Witness List; now therefore,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Extension of Time to Appeal Magistrate Judge's Denial of Motion to Amend Witness List is GRANTED . Plaintiff shall file any appeal on or before July 14, 2010.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: June 23, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 23, 2010, by electronic and/or ordinary mail(William Helmer, #140677 1727 W. Bluewater Hwy, Ionia MI 48846).

    s/Marilyn Orem
    Case Manager